Submitted on record and briefs February 26, sentence vacated in part and remanded for resentencing; otherwise affirmed March 31, 1993

# STATE OF OREGON,
*Respondent,*

*v.*

# EARL WAYNE BOATMAN,
*Appellant.*

(91C-20444, 91C-20891;
CA A74257 (Control), A74258)
(Cases Consolidated)

848 P2d 148

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for burglary in the first degree, ORS 164.225, and criminal mischief in the second degree. ORS 164.354. In CA A74258, his probation was revoked on two other convictions in CA A74257. The cases were consolidated for appeal. Defendant challenges only the sentence imposed on the burglary conviction. The state concedes that the court erred in sentencing on that conviction under ORS 137.635. We accept that concession. *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).

Sentence for burglary in the first degree in CA A74258 vacated and remanded for resentencing; otherwise affirmed.